UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
UNITED STATES OF AMERICA, *ex rel.*,         :
STATE OF NEW YORK, *ex rel.*,                :
WILLIAM J. ROLD,                             :
                                             :          14-CV-4393 (LAP)
                    Plaintiff,               :
                                             :          **DECLARATION OF**
          -against-                          :          **MICHAEL A. BERG**
                                             :
RAFF & BECKER, LLP; DAVID A. RAFF,           :
ROBERT L. BECKER, M. PATRICIA SMITH,         :
LEONARD D. POLLETA, ANDREW M.                :
CUOMO, ERIC T. SCHNEIDERMAN,                 :
COLLEEN C. GARDNER, and PETER M.             :
RIVERA,                                      :
                                             :
                    Defendants               :
------------------------------------------------------------------------- x

     **MICHAEL A. BERG,** an attorney admitted to practice before this Court, declares under

penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

     1.     I am an Assistant Attorney General in the Office of Eric T. Schneiderman, the

Attorney General of the State of New York. I make this declaration based upon my personal

knowledge and a review of the electronic docket in the above-captioned action.

     2.     I make this declaration in support of the Notices of Withdrawal of Appearance of

former Assistant Attorneys General Garrett J. Coyle and Andrew H. Meier.

     3.     Mr. Coyle and Mr. Meier are no longer employed by the Office of the Attorney

General of the State of New York. In addition, the Office of the Attorney General does not

represent any party in this action. The parties listed as being represented by Mr. Coyle and Mr.

Meier are represented by separate counsel, who have previously appeared in this action.

     4.     It is respectfully requested that Mr. Coyle and Mr. Meier be permitted to withdraw

from this action, and that their appearances be terminated.

Dated:  New York, New York
        September 10, 2015

                                        _____
                                            MICHAEL A. BERG

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, I served copies of the foregoing Declaration

of Michael A. Berg, Notice of Withdrawal of Appearance and Order of Garret J. Coyle, and

Notice of Withdrawal of Appearance and Order of Andrew H. Meier upon all counsel of record

by filing the same via the Court's electronic case filing system.


MICHAEL A. BERG