UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



WILLIAM J. ROLD,

               Plaintiff,

     -against-

RAFF & BECKER, LLP, et al.,

               Defendants.

14-cv-4393

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for all Defendants shall review the 12/11/2017 Settlement Agreement and Order forwarded by Plaintiff's counsel this morning and shall inform the Court no later than 10:00 A.M. on December 12 of any modifications they propose.

SO ORDERED.

Dated: December _11_, 2017

                             _Loretta A. Preska_
                             LORETTA A. PRESKA
                             Senior United States District Judge