UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM J. ROLD,

        Plaintiff,

-against-

RAFF & BECKER, LLP, et al.,

        Defendants.

14-cv-4393

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' letters dated February 5, 8, 13, and 14 with respect to the order approving the settlement in this action. The Court finds that the order submitted by plaintiff more closely adheres to the agreements made during the parties before the Court during our multiple settlement discussions.

    In addition, it is the Court's understanding that because the appropriate documents with respect to Medicare and the government's approval of the settlement have been forwarded to the government defendants, upon the entry of the order approving the settlement, payment is due within 30 days.

SO ORDERED.

Dated: March 1, 2018

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge