UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA, *ex rel.*, STATE OF NEW YORK, *ex rel.*, WILLIAM J. ROLD,

                Plaintiffs,

v.

RAFF & BECKER, LLP, *et al.*,

                Defendants.

14-cv-4393 (LAP)



------------------------------------x

**AMENDED ORDER**

1. Having received certification by Plaintiff's counsel that the Settlement Amount of $3,650,000 has been paid, the Court dismisses Plaintiff's claims on his own behalf under 42 U.S.C. §§ 1983, 1985, and 1988 and pendent claims under the New York State Constitution as to Governor Andrew M. Cuomo and Attorney General Eric T. Schneiderman with prejudice.

2. Having received certification by Plaintiff's counsel that the Settlement Amount of $3,650,000 has been paid, the Court dismisses Plaintiff's claims on his own behalf under the federal False Claims Act and New York State False Claims Act as to Governor Andrew M. Cuomo and Attorney General

Eric T. Schneiderman with prejudice. Such dismissal is without prejudice as to the United States and the State of New York.

3. Such dismissals shall be *nunc pro tunc*, as of December 31, 2017.

SO ORDERED.

Dated: New York, New York
April 30, 2018

_____
LORETTA A. PRESKA
Senior United States District Judge