UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA, *ex rel.*,
STATE OF NEW YORK, *ex rel.*,
WILLIAM J. ROLD,

                Plaintiffs,

v.

RAFF & BECKER, LLP, *et al*,

                Defendants.

14-cv-4393 (LAP)

**ORDER**

1. All False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA") claims and New York False Claims Act, State Finance Law § 187, *et seq.* ("New York FCA") claims asserted in this action by William J. Rold, in his capacity as Relator, are hereby dismissed with prejudice as to Defendants Raff & Becker, LLP, David A. Raff, and Robert L. Becker (collectively "Law Firm Defendants")..

2. No amount of money is being paid in return for the resolution of Relator Rold's allegations that the Law Firm Defendants violated the FCA or New York FCA.

3. The United States of America and the State of New York, respectively, consent to the dismissal of the FCA and New York FCA claims against Law Firm Defendants.

4. Such dismissal is without prejudice as to the United States and the State of New York.

```
```
5. The United States District Court finds the dismissal to be in the public interest and, for that reason, approves it.

SO ORDERED.

July 26, 2018

_____
Senior Judge Loretta A. Preska

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*[signature]*
LORETTA A. PRESKA, U.S.D.J.